No. 427. HEALY, ADMINISTRATRIX, *v.* PENNSYLVANIA RAILROAD Co. C. A. 3d Cir. Certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion certiorari should be granted. *John H. Hoffman* for petitioner. *Philip Price, Hugh B. Cox* and *James G. Johnson, Jr.* for respondent. ▮

No. 432. WALTER G. HOUGLAND, INC. ET AL. *v.* MUS-COVALLEY. C. A. 6th Cir. Certiorari denied. *James G. Wheeler* for petitioners. *Edward B. Hayes* for respondent. ▮

No. 455. DOWLING *v.* ISTHMIAN STEAMSHIP CORP. C. A. 3d Cir. Certiorari denied. *Paul M. Goldstein* for petitioner. *Thomas E. Byrne, Jr.* for respondent. ▮

No. 462. HERWIG *v.* SCHOENEMAN, COMMISSIONER OF INTERNAL REVENUE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *L. J. H. Herwig, pro se. Solicitor General Perlman, Acting Assistant Attorney General Clapp, Samuel D. Slade* and *Herman Marcuse* for respondents.

No. 463. CHAFFIN *v.* CHESAPEAKE & OHIO RAILWAY Co. C. A. 4th Cir. Certiorari denied. MR. JUSTICE REED took no part in the consideration or decision of this application. *Horace S. Meldahl* for petitioner. *C. W. Strickling* for respondent. ▮

No. 465. COOKINGHAM *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* for petitioner. *Solicitor General Perlman, Acting Assistant Attorney General Clapp* and *Samuel D. Slade* for the United States. ▮